IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GREGORY K. SMITH,** ) | |
| ) | **CIVIL ACTION NO.** |
| **Plaintiff,** ) | **1:15-cv-00155-ELR-WEJ** |
| ) | |
| vs. ) | |
| ) | |
| **PERFORMANT RECOVERY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## NOTICE OF SETTLEMENT

NOW COME THE PARTIES, Plaintiff, Gregory K. Smith, and Defendant, Performant Recovery, Inc., by and through their respective undersigned counsel and hereby inform the Court that a settlement of the present matter has been reached and the Parties are in the process of finalizing same, which they anticipate will be completed within the next 30 days.

The Parties therefore request that this honorable Court vacate all dates currently set on the calendar for the present matter.

Dated: May 7, 2015.

Respectfully submitted,

| | |
|---|---|
| BEDARD LAW GROUP, P.C. | SKAAR & FEAGLE, LLP |
| /s/ Michael K. Chapman | /s/ James M. Feagle |
| Michael K. Chapman | James M. Feagle |
| Georgia Bar No. 322145 | Georgia Bar No. 256916 |
| *Counsel for Defendant,* | *Counsel for Plaintiff,* |
| *Performant Recovery, Inc.* | *Gregory K. Smith* |
| 2810 Peachtree Industrial Blvd. | 2374 Main Street |
| Suite D | Suite B |
| Duluth, Georgia 30097 | Tucker, Georgia 30084 |
| Telephone: (678) 253-1871 | Telephone: (404) 373-1970 |
| mchapman@bedardlawgroup.com | jfeagle@skaarandfeagle.com |

[Electronic fixture affixed by Michael K. Chapman with the express permission of James M. Feagle]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **GREGORY K. SMITH,** ) | |
| ) | **CIVIL ACTION NO.** |
| Plaintiff, ) | **1:15-cv-00155-ELR-WEJ** |
| ) | |
| vs. ) | |
| ) | |
| **PERFORMANT RECOVERY, INC.,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2015, I electronically filed this Notice of Settlement using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

James M. Feagle
jfeagle@skaarandfeagle.com

Kris K. Skaar
krisskaar@aol.com

Justin T. Holcombe
jholcombe@skaarandfeagle.com

This 7th day of May, 2015.

Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145