**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **GREGORY K. SMITH,** )<br>    **Plaintiff,** )<br>)<br>vs. )<br>)<br>**PERFORMANT RECOVERY, INC.,** )<br>    **Defendant.** )<br>_____ ) | **CIVIL ACTION NO.**<br>**1:15-cv-00155-ELR-WEJ** |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Gregory K. Smith, hereby voluntarily dismisses his claims with prejudice against Defendant, Performant Recovery, Inc. Plaintiff and Defendant through their respective undersigned counsel hereby stipulate and agree that all of Plaintiff's claims against Performant Recovery, Inc., shall be dismissed, with prejudice.

This 5th day of June, 2015

Respectfully submitted,

| SKAAR & FEAGLE, LLP | BEDARD LAW GROUP, P.C. |
|---|---|
| /s/ James M. Feagle | /s/ Michael K. Chapman |
| James M. Feagle | Michael K. Chapman |
| Georgia Bar No. 256916 | Georgia Bar No. 322145 |
| 2374 Main Street | 2810 Peachtree Industrial Blvd. |
| Suite B | Suite D |
| Tucker, Georgia 30084 | Duluth, Georgia 30097 |
| Telephone: (404) 373-1970 | Telephone: (678) 253-1871 |
| jfeagle@skaarandfeagle.com | mchapman@bedardlawgroup.com |
| *Counsel for Plaintiff,* | *Counsel for Defendant,* |
| *Gregory K. Smith* | *Performant Recovery, Inc.* |

*Electronic signature added by
Michael K. Chapman with
the express permission of
James M. Feagle*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GREGORY K. SMITH,  )  <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> PERFORMANT RECOVERY, INC.,  ) <br> Defendant.  ) <br> _____  ) | CIVIL ACTION NO. <br> 1:15-cv-00155-ELR-WEJ |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2015, I electronically filed this *Stipulation for Dismissal with Prejudice* using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

James M. Feagle
jfeagle@skaarandfeagle.com

Kris Skaar
krisskaar@aol.com

Justin T. Holcombe
jholcombe@skaarandfeagle.com

This 5th day of June, 2015.

Respectfully submitted,

/s/ Michael K. Chapman
Michael K. Chapman